# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 30, 2020

## NO. 03-19-00352-CV

**Stetson Roane, Appellant**

**v.**

**Halcy Martin Dean, Appellee**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
REVERSED AND RENDERED -- OPINION BY JUSTICE GOODWIN;
DISSENTING OPINION BY JUSTICE KELLY**

This is an appeal from the interlocutory order signed by the trial court on May 3, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's interlocutory order denying Stetson Roane's plea to the jurisdiction and renders judgment granting his plea and dismissing Halcy Martin Dean's claim. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.